**Tomas LOPEZ–MEZA, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–73874.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provid-

ed by 9th Cir. R. 36–3.

Submitted Aug. 25, 2015.*

Filed Sept. 8, 2015.

Tomas Lopez–Meza, Charlotte, NC, pro se.

Brianne Whelan Cohen, Trial, OIL, Roger T. Severino, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Tomas Lopez–Meza, a native and citizen of Honduras, petitions for review of the immigration judge's reasonable fear determination.

In the answering brief, respondent requests remand for further analysis and explanation of the immigration judge's decision. We agree the current immigration judge decision lacks sufficient explanation to permit our review.

**REMANDED directly to the immigration judge.**

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

